## FACH, Admr v CANTON YELLOW CAB CO

Ohio Appeals, 5th Dist, Stark Co
Decided Feb. 1, 1929

For full opinion see 173 NE 245; 36 Oh Ap 247 (Oh Bar 11-25-30).

## SLOVANIAN MUTUAL BENEFIT ASSN v KNAFELJ

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided May 19, 1930

For full opinion see 173 NE 630; 36 Oh Ap 562 (Oh Bar 1-13-31).